# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLNER,<br><br>    Plaintiff,<br><br>v.<br><br>DR. WOODS, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01209-SAB-PC<br><br>ORDER REGARDING PLAINTIFF'S MOTIONS TO HAVE THE U.S. MARSHAL SERVE DEFENDANTS WOODS AND HASHEEM<br><br>(ECF No. 11, 12) |

    Plaintiff James Millner is proceeding pro se in this civil action filed on August 15, 2016. Currently before the Court are Plaintiff's motions to have the U.S. Marshal serve Defendants Woods and Hashem, filed on August 21, 2017. (ECF Nos. 11, 12.) Plaintiff explains that he has attempted to comply with the Court's order requiring him to attempt service of process on Defendants by requesting service through the Kern County Sheriff's office, with no success. Plaintiff has submitted a document from the Kern County Sheriff's Office stating "the Kern Co. Sheriff's Office does not serve or execute federal process. Please contact the US Marshal's Office for information on this service."

    Plaintiff further states that despite his attempts, he cannot complete service within the time required under Federal Rule of Civil Procedure Rule 4(m). Plaintiff has also returned to the Clerk of the Court the completed summons forms, copies of the conformed amended complaint filed on October 24, 2016, and the Notice of Lawsuit and Waiver of Service of Summons forms.

    Plaintiff, who is not proceeding in forma pauperis in this matter, is responsible for effecting service of process in compliance with the Federal Rules of Civil Procedure.

1

Nevertheless, he is proceeding pro se and is currently incarcerated, and appears to have exhausted the avenues available to him to effect service of process on his own. Rule 4(c)(3) provides that "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court."

Under these circumstances, the Court finds good cause to extend the time for Plaintiff to serve Defendants under Rule 4(m). The Court further finds good cause to grant Plaintiff's request for service of process by the Marshal under Rule 4(c)(3), without prepayment of costs.[1]

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motions to have the U.S. Marshal effect service of process on Defendants Woods and Hashem, (ECF Nos. 11, 12), are GRANTED;

2. A separate order directing service by the U.S. Marshal service without prepayment of costs pursuant to Federal Rule of Civil Procedure 4(c) shall issue concurrently with this order; and

3. The Clerk of the Court is directed to provide a copy of this order to the U.S. Marshal to assist with service of process.

IT IS SO ORDERED.

Dated: __August 23, 2017__

UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also explains in his motions that he understands Dr. Woods to be currently working at Kern Valley State Prison, at Facility "C", as a dentist. (ECF No. 11, p. 2.) Plaintiff further explains that he has information that Dr. Hashem may no longer be employed at Kern Valley State Prison. (ECF No. 12, pp. 1, 22.)

The U.S. Marshal is directed to use this information to assist in effectuating service. To the extent that the Marshal is unable to effect service on either Dr. Woods or Dr. Hashem at Kern Valley State Prison due to a separation from employment, the Marshal is directed to request a forwarding address in a confidential memorandum. Any confidential forwarding address shall not appear on any U.S. Marshal Form 285, and shall not be made a part of the Court's public record.