# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLNER,<br><br>    Plaintiff,<br><br>v.<br><br>DR. WOODS, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01209-SAB-PC<br><br>ORDER PARTIALLY VACATING ORDER DIRECTING UNITED STATES MARSHAL TO SERVE DEFENDANTS WOODS AND HASHEEM<br><br>(ECF No. 14) |

Plaintiff James Millner is proceeding pro se in this civil action filed on August 15, 2016.

On August 24, 2017, the Court issued an order granting Plaintiff's motion to have the U.S. Marshal effect service of process on Defendants Wood and Hashem, (ECF No. 13), and issued an order directing the Marshal to serve those defendants, (ECF No. 14). The order was based on Plaintiff's representations that he had attempted to serve such Defendants, but had been unsuccessful.

After such orders were issued, on August 24, 2017, Defendant Woods filed an answer to Plaintiff's first amended complaint. No defense of lack of proper service was raised. (ECF No. 15.)

Accordingly, the Court finds that service by the U.S. Marshal on Defendant Woods is no longer needed in this matter. Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's order directing service by the U.S. Marshal on Defendant Woods and Hashem is partially vacated;

1

2. The U.S. Marshal is relieved of the duty to effect service of process on Defendant Woods;

3. The order directing the U.S. Marshal to effect service of process on Defendant Hashem remains in full force and effect; and

4. The Clerk of the Court is directed to provide a copy of this order to the U.S. Marshal to assist with service of process.

IT IS SO ORDERED.

Dated: **August 28, 2017**

UNITED STATES MAGISTRATE JUDGE