# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. WOODS, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01209-SAB-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, AND DENYING REQUEST FOR EXTENSION OF TIME<br><br>(ECF Nos. 18, 21.) |

Plaintiff James Millner is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

On September 5, 2017, an order to show cause why Defendant Hashem should not be dismissed for failure to effect service of process was issued. (ECF No. 14.)

On September 18, 2017, Plaintiff filed a response to the order to show cause. (ECF No. 21.) Plaintiff responds that he contacted the Kern County Sheriff's Office and was able to correct their errors, and Dr. Hashem was served by the Kern County Sheriff. Proof of service of the summons and first amended complaint was filed by the agent for service of process. Plaintiff further states that if his submissions are not satisfactory, then he seeks an extension of time to obtain additional proof of service from the Kern County Sheriff's Office.

Plaintiff having cured the issues with service of process, and proof of service of Defendant Hashem having been filed on the docket, (ECF No. 19), the order to show cause is

1

therefore discharged. No extension of time is necessary as no further response to the order to show cause need be made.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The order to show cause issued on September 5, 2017 (ECF No. 18) is discharged; and

2. Plaintiff's motion for an extension of time to submit an additional response (ECF No. 21) is denied, as unnecessary.

IT IS SO ORDERED.

Dated: **September 22, 2017**

UNITED STATES MAGISTRATE JUDGE