|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| JAMES MILLNER,       ) | Case No.: 1:16-cv-01209-SAB (PC) |
|---|---|
| Plaintiff, ) ) | ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT DR. HASHEM |
| v.        ) ) | |
| DR. WOODS, et al.,    ) | [ECF No. 24] |
| Defendants. ) ) | |

Plaintiff James Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's amended complaint, filed October 24, 2016, against Defendants Woods and Hashem, in their individual capacities, for deliberate indifference to a serious dental need in violation of the Eighth Amendment. (ECF No. 8.)

On August 24, 2017, Defendant Dr. Woods filed an answer to the first amended complaint. (ECF No. 15.)

On October 27, 2017, the Court issued the discovery and scheduling order. (ECF No. 24.)

On November 14, 2017, Plaintiff filed a motion for entry of default as to Defendant Dr. Hashem, on the basis that Defendant Hashem had not responded to the amended complaint. (ECF No. 26.) On November 15, 2017, the Court granted Plaintiff's request for entry of default as to Defendant Hashem.

1

On January 25, 2018, Defendant Hashem filed a motion to set aside the entry of default. (ECF No. 31.) On March 5, 2018, the Court granted Defendant Hashem's motion, over Plaintiff's objection. (ECF No. 34.) That same day, Defendant Hashem filed an answer to the first amended complaint. (ECF No. 35.)

Accordingly, it is HEREBY ORDERED that the October 27, 2017 discovery and scheduling order is extended and made applicable Defendant Dr. Hashem. Further, all provisions set forth therein remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 6, 2018**

UNITED STATES MAGISTRATE JUDGE