# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLNER,<br><br>    Plaintiff,<br><br>v.<br><br>DR. WOODS, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01209-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 49] |

On November 16, 2018, Plaintiff filed a reply to Defendant's reply to Plaintiff's opposition to Defendants' motion for summary judgment. (ECF No. 49.) The Court construes this filing as a surreply.

No further briefing on Defendant's motion for summary judgment is permitted absent leave of court. The Court did not grant Plaintiff leave to file a surreply, and the Court does not find a surreply necessary.

Accordingly, Plaintiff's surreply (ECF No. 49) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **November 19, 2018**

                                           UNITED STATES MAGISTRATE JUDGE